UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE,** | Case No. 1:21-cv-00781-CL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER APPROVING SETTLEMENT AND STIPULATION OF DISMISSAL |
| **SCOTT J. BLOWER**, in his official capacity as Wild Rivers District Ranger; *et al.*, | |
| Defendants. | |

Plaintiff and Defendants have reached a settlement of this case and filed a Settlement Agreement and Stipulation of Dismissal (Settlement Agreement). Having reviewed and considered the Settlement Agreement and good cause appearing, the Court concludes that entering an order consistent with Paragraph 10 of the Settlement Agreement is appropriate. Accordingly,

IT IS ORDERED that the parties' Settlement Agreement is approved and is hereby incorporated into this Order;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the Settlement Agreement; and

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: _____         _____
                                                                       The Honorable Mark D. Clarke